## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHELLE MUELLER,** | : | **CIVIL ACTION NO.** |
| Plaintiff | : | **3:21-CV-00558 (RNC)** |
| | : | |
| v. | : | |
| | : | |
| **FAIRFIELD UNIVERSITY** | : | April 3, 2024 |
| Defendant | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), the undersigned parties hereby stipulate that the above-caption matter shall be voluntarily dismissed *with prejudice*, and with the parties each bearing their own costs and expenses.

MICHELLE MUELLER,
PLAINTIFF

BY: /s/ *James Sabatini*
James V. Sabatini, Esq. (CT19899)
SABATINI & ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Telephone: (860) 667-0839
Facsimile: (860) 667-0867
jsabatini@sabatinilaw.com

FAIRFIELD UNIVERSITY,
DEFENDANT

BY: /s/ *Peter J. Murphy*
Peter J. Murphy (ct26825)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5215
pjmurphy@goodwin.com

SG-21104322.1